*MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-7868-GW(AJWx) | Date | May 25, 2012 |
|---|---|---|---|
| Title | *David Boyle v. Kathleen Sebelius* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** NOTICE OF DISMISSAL BY CLERK FOR LACK OF SUBJECT MATTER JURISDICTION

    The Court has received Plaintiff David Boyle's Notice of Intent not to File Amended Complaint, filed on May 18, 2012. Pursuant to the Court's Ruling filed February 3, 2012, the above-entitled action is dismissed for lack of subject matter jurisdiction.

Initials of Preparer    JG